THE NEW YORK, LACKAWANNA AND WESTERN RAILWAY COMPANY, Respondent, *v.* THE ERIE RAILROAD COMPANY, Appellant, Impleaded with Another.

*N. Y., Lackawanna & W. Ry. Co.* v. *Erie R. R. Co.*, 41 App. Div. 623, appeal dismissed.

(Argued November 20, 1899; decided November 28, 1899.)

MOTION to dismiss an appeal from an order and judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 6, 1899, affirming an order of Special Term appointing commissioners in condemnation proceedings, and also an appeal from an order and judgment of the same Appellate Division, entered June 30, 1898, reversing a judgment in favor of defendant entered upon a decision of the court at Special Term. (See 157 N. Y. 674.)

The motion was made upon the grounds that the orders or judgments appealed from are not appealable under subdivision 1, section 190 of the Code of Civil Procedure.

*James McC. Mitchell* for motion.

*Adelbert Moot* opposed.

Motion granted and appeal dismissed, with costs.